**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JIM ERICKSON and<br>ERICKSON PRODUCTIONS, INC., | Case No. 13-cv-0564-NRB |
| *Plaintiffs,* | ECF Case |
| v. | |
| MGM GRAND, INC., MGM RESORTS<br>INTERNATIONAL, CRAMER-KRASSELT<br>and JOHN DOES 1-10, | |
| *Defendants.* | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, on January 6, 2014 at 10:00 a.m. or as soon as the matter may be heard, defendants, MGM Resorts International, MGM Grand Hotel, LLC and Cramer-Krasselt Co. ("Defendants"), will move the Court to transfer this action to the United States District Court for the District of Nevada, pursuant to 28 U.S.C. § 1404(a), on the grounds described in the Memorandum of Law and accompanying documents in support hereof.

Respectfully submitted,

Dated:  November 12, 2013

   */s/ Jonathan D. Reichman*
Jonathan D. Reichman (JR3243)
Margaret C. Lu (ML2295)
KENYON & KENYON LLP
One Broadway
New York, NY 10004
212-425-7200 (Telephone)
212-425-5288 (Facsimile)
jreichman@kenyon.com
mlu@kenyon.com

NY01 2679855 v1

Jonathan Fountain (*pro hac vice*)
Michael McCue (*pro hac vice*)
LEWIS ROCA ROTHGERBER LLP
3993 Howard Hughes Pkwy.
Suite 600
Las Vegas, NV 89169
jfountain@lrrlaw.com
mmccue@lrrlaw.com

*Attorneys for Defendants,*
*MGM Resorts International, MGM Grand*
*Hotel, LLC and Cramer-Krasselt Co.*